IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEWAYNE CUNNINGHAM, #190108, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:20-CV-44-WKW [WO] |
| D. GRIER, | ) ) | |
| Defendant. | ) | |

## **ORDER**

On November 28, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 20.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 22nd day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE